**COMMONWEALTH of Pennsylvania, DE-PARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,**

v.

**Peter J. HUVER, Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

Timothy P. Wile, Asst. Counsel In-Charge, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, General Counsel, for petitioner.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 708 A.2d 481 (1998).

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Yale F. EDEIKEN, Respondent.**

**No. 401 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 20, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of April, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 26, 1998, it is hereby

ORDERED that YALE F. EDEIKEN be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.